**4**

Abel DAVIS et al., Plaintiffs in Error, v. F. R. BRUMWELL et al.

Circuit Court of Appeals, Eighth Circuit.
January 3, 1928.

No. 7930.

Error to the District Court of the United States for the District of South Dakota.

U. S. G. Cherry, Holton Davenport, and Gale B. Braithwaite, all of Sioux Falls, S. D., for plaintiffs in error.

T. H. Null, of Huron, S. D., for defendants in error.

PER CURIAM. Writ of error dismissed with costs on motion of defendants in error under Rules 23 and 24.